UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
Norfolk Division



MEDICI888, INC.,

        Plaintiff,

v.

                                    ACTION NO. 2:12cv317

RILEYS LIMITED,
HAYLEYS PLC,
RAVI INDUSTRIES LIMITED,
AND
HAYLEYS FIBRE,

        Defendants.

### ORDER

This matter comes before the court on plaintiff's Motion for Default Judgment against defendants, Hayleys PLC, Ravi Industries Limited, and Hayleys Fibre (ECF No. 14), filed on April 3, 2013. The matter was referred to a United States Magistrate Judge by Order of April 23, 2013 (ECF No. 16), pursuant to the provisions of 28 U.S.C. § 636(b)(1)(B) and Federal Rule of Civil Procedure 72(b), to conduct hearings, including evidentiary hearings, if necessary, and to submit to the undersigned proposed findings of fact, if applicable, and recommendations for the disposition of the motion.

A hearing on the matter was held on June 25, 2013. The United States Magistrate Judge's Report and Recommendation was filed on September 3, 2013. The magistrate judge recommended denying plaintiff's Motion for Default Judgment.

By copy of the report and recommendation of the magistrate judge, the parties were advised of their right to file written objections thereto. The court has received no objections to the magistrate judge's report and recommendation, and the time for filing same has expired. The court does hereby adopt and approve in full the findings and recommendations set forth in the Report and Recommendation of the United States Magistrate Judge filed September 3, 2013. Accordingly, the plaintiff's Motion for Default Judgment against defendants, Hayleys PLC, Ravi Industries Limited, and Hayleys Fibre is **DENIED**, and further, based on plaintiff's counsel's request during the hearing on the Motion for Default Judgment, Count II of the Complaint is hereby **DISMISSED**.

The Clerk shall forward a copy of this Order to all parties of record.

It is so **ORDERED**.

/s/
Rebecca Beach Smith
Chief
United States District Judge

REBECCA BEACH SMITH
CHIEF UNITED STATES DISTRICT JUDGE

Norfolk, Virginia
October 3, 2013