Bruce H. Matson (Va. Bar No. 22874)
Christian K. Vogel (Va. Bar No. 75537)
LeClairRyan, A Professional Corporation
Riverfront Plaza, East Tower
951 East Byrd Street
Richmond, Virginia 23219
804-916-7198
bruce.matson@leclairryan.com
christian.vogel@leclairryan.com

*Counsel for Medici888, Inc.*

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Norfolk Division

| | |
|---|---|
| MEDICI888, INC. | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| RILEYS LIMITED, et al. | ) |
| | ) |
| Defendants. | ) |
| | ) |

Civil Action No. 2:12cv317

## MOTION TO WITHDRAW AS COUNSEL FOR PLAINTIFF

LeClairRyan, A Profession Corporation ("**LeClairRyan**"), Bruce H. Matson, and Christian K. Vogel (collectively, "**Counsel for Medici**") counsel for Medici888, Inc. (the "**Plaintiff**" or "**Medici**"), move this Court for authority to withdraw as counsel for the Plaintiff in the above captioned case and state in support of the Motion the following:

Plaintiff has failed to authorize Counsel for Medici to further prosecute this matter. Counsel for Medici is not aware of any pending deadlines in this matter.  Accordingly, Counsel for Medici should be permitted to withdraw as counsel for the Plaintiff.

MEDICI888, INC.


By:   ___/s/_____ _____
          Counsel

Bruce H. Matson (Va. Bar No. 22874)
Christian K. Vogel (Va. Bar No. 75537)
LeClairRyan, A Professional Corporation
Riverfront Plaza, East Tower
951 East Byrd Street
Richmond, Virginia 23219
804-916-7198
bruce.matson@leclairryan.com
christian.vogel@leclairryan.com

*Counsel for Medici888, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that on this 2nd day of May, 2014, I will electronically file the foregoing with the Clerk of the Court using the CM/ECF system.

And I hereby certify that this 2nd day of May, 2014, I am transmitting a copy of the foregoing by first class mail, to the following non-filing users:

Mr. Greg Twitt
Medici888 Corporation
3800 Village Avenue, Suite 888
Norfolk, Virginia 23502

Hayleys Fibre
A.M. Pandithage, Chairman and CEO
25 Foster Lane
Colombo 10, Sri Lanka

Hayleys, PLC
A.M. Pandithage, Chairman and CEO
No. 400, Dean's Road
Colombo 10, Sri Lanka

Rileys Limited
Anuruddha Dias, CEO
25, Foster Lane
Colombo 10, Sri Lanka

Ravi Industries Limited
Anuruddha Dias, CEO
25, Foster Lane
Colombo 10, Sri Lanka

_____/s/_____
Bruce H. Matson (Va. Bar No. 22874)
Christian K. Vogel (Va. Bar No. 75537)
LeClairRyan, A Professional Corporation
Riverfront Plaza, East Tower
951 East Byrd Street
Richmond, Virginia 23219
804-916-7198
bruce.matson@leclairryan.com
christian.vogel@leclairryan.com

*Counsel for Medici888, Inc.*

3