Bruce H. Matson (Va. Bar No. 22874)
Christian K. Vogel (Va. Bar No. 75537)
LeClairRyan, A Professional Corporation
Riverfront Plaza, East Tower
951 East Byrd Street
Richmond, Virginia 23219
804-916-7198
bruce.matson@leclairryan.com
christian.vogel@leclairryan.com

*Counsel for Medici888, Inc.*

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Norfolk Division

| | |
|---|---|
| MEDICI888, INC. ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 2:12cv317 |
| ) | |
| RILEYS LIMITED, et al. ) | |
| ) | |
| Defendants. ) | |

**MEMORANDUM IN SUPPORT OF**
**<u>MOTION TO WITHDRAW AS COUNSEL FOR PLAINTIFF</u>**

LeClairRyan, A Professional Corporation ("**LeClairRyan**"), Bruce H. Matson, and Christian K. Vogel (collectively, "**Counsel for Medici**") counsel for Plaintiff, Medici888, Inc. ("**Plaintiff**" or "**Medici**"), request authority to withdraw as counsel to Plaintiff pursuant to rule

83.1(G) of the Local Rules for the United States District Court for the Eastern District of Virginia[1].

## I.     STATEMENT OF FACTS

Counsel for Medici was retained to pursue damages incurred by Medici as a result of the defendants' failure to fulfill their obligations under certain accepted purchase orders.

On June 6, 2012, Medici filed its complaint (the "**Complaint**") against Hayley, PLC, Hayleys Fibre, Ravi Industries, Limited, and Rileys Limited (collectively, the "**Defendants**") (ECF No. 1).  Hayleys, Hayleys Fibre, and Ravi Industries failed to file responses to the Complaint following proper service, and Medici subsequently sought judgment by default with respect to those three defendants.  The Court denied Medici's motion.

Following denial of the motion for default judgment, Medici has refused to authorize Counsel for Medici to either further prosecute the Complaint or dismiss the Complaint.  Being unable to prosecute or dismiss the Complaint, Counsel for Medici's feels that it must withdraw its representation of Medici.

## II.     ARGUMENT

Rule 1.16(b) of Part II of Section 6 of the Rules of the Virginia Supreme Court provides that "a lawyer may withdraw from representing a client if withdrawal can be accomplished without material adverse effect on the interests of the client…"  Counsel for Medici's withdrawal from its representation of Medici in this case can be accomplished without material adverse effect on Medici's interests.  Counsel for Medici is not aware of any deadlines associated with

---

[1] U.S. District Court Rule (E.D. VA.) 83.1(I) provides "The ethical standards relating to the practice of law in civil cases in this Court shall be Section II of Part Six of the Rules of the Virginia Supreme Court as it may be amended or superseded from time to time."

the prosecution of this case and no trial date has been scheduled as no answers have been filed. If Medici wishes to further prosecute this case, it can seek the assistance of new counsel.

Should the Court find that Medici would be prejudiced by Counsel for Medici's withdrawal, sufficient grounds exist for the Court to authorize Counsel for Medici to withdraw its representation of Medici.  Specifically, Rule 1.16(b) of the Virginia Professional Guidelines and Rules of Professional Conduct provides that if withdrawal of counsel would adversely affect the interests of its client, counsel may still withdraw "if other good cause for withdrawal exists." Good cause exists for Counsel for Medici to withdraw its representation of Medici as Medici will not authorize Counsel for Medici to further prosecute this action or dismiss this action.  As such, Counsel for Medici is unable to effectively represent Medici.

### III.  CONCLUSION

For all of the foregoing reasons, LeClairRyan, Bruce H. Matson, and Christian K. Vogel respectfully request that this Court grant its motion to withdraw as counsel for Medici.

MEDICI888, INC.

By:   /s/
         Counsel

Bruce H. Matson (Va. Bar No. 22874)
Christian K. Vogel (Va. Bar No. 75537)
LeClairRyan, A Professional Corporation
Riverfront Plaza, East Tower
951 East Byrd Street
Richmond, Virginia 23219
804-916-7198
bruce.matson@leclairryan.com
christian.vogel@leclairryan.com

*Counsel for Medici888, Inc.*

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 2nd day of May, 2014, I will electronically file the foregoing with the Clerk of the Court using the CM/ECF system.

And I hereby certify that this 2nd day of May, 2014, I am transmitting a copy of the foregoing by first class mail, to the following non-filing users:

>Mr. Greg Twitt
>Medici888 Corporation
>3800 Village Avenue, Suite 888
>Norfolk, Virginia 23502
>
>Hayleys Fibre
>A.M. Pandithage, Chairman and CEO
>25 Foster Lane
>Colombo 10, Sri Lanka
>
>Hayleys, PLC
>A.M. Pandithage, Chairman and CEO
>No. 400, Dean's Road
>Colombo 10, Sri Lanka
>
>Rileys Limited
>Anuruddha Dias, CEO
>25, Foster Lane
>Colombo 10, Sri Lanka
>
>Ravi Industries Limited
>Anuruddha Dias, CEO
>25, Foster Lane
>Colombo 10, Sri Lanka

>                 /s/
>Bruce H. Matson (Va. Bar No. 22874)
>Christian K. Vogel (Va. Bar No. 75537)
>LeClairRyan, A Professional Corporation
>Riverfront Plaza, East Tower
>951 East Byrd Street
>Richmond, Virginia 23219
>804-916-7198
>bruce.matson@leclairryan.com
>christian.vogel@leclairryan.com
>
>*Counsel for Medici888, Inc.*