UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
Norfolk Division



MEDICI888, INC.,

    Plaintiff,

v.   ACTION NO. 2:12cv317

RILEYS LIMITED,
HAYLEYS PLC,
RAVI INDUSTRIES, LIMITED,
AND HAYLEYS FIBRE,

    Defendant.

## FINAL ORDER

This matter comes before the court following Medici888, Inc.'s, failure to prosecute and failure to comply with a court Order (ECF #28) to retain new counsel and have counsel make an appearance in this case within fourteen days, which issued following a hearing on June 19, 2014, on the Motion to Withdraw as Counsel for Plaintiff (ECF #26), filed by plaintiff's attorneys on May 2, 2014. The matter was referred to a United States Magistrate Judge on May 2, 2014.

The United States Magistrate Judge conducted a hearing on June 19, 2014, on the Motion to Withdraw as Counsel for Plaintiff, and issued an Order granting the Motion and ordering plaintiff to retain new counsel, and have counsel make an appearance in this case, within fourteen days of the date of the Order, or the magistrate judge would recommend that the complaint be dismissed pursuant to Federal Rule of Civil Procedure 41(b) for failure to

prosecute and failure to comply with court Orders. Plaintiff failed to comply with the court's Order, and the defendants named in the complaint have filed no responses nor made any appearance in this case. The Magistrate Judge's Report and Recommendation was filed on July 29, 2014 (ECF #32). The magistrate judge recommended that the plaintiff's complaint be dismissed with prejudice, pursuant to Federal Rule of Civil Procedure 41(b), for failure to prosecute and failure to comply with court Orders.

By copy of the Report and Recommendation, the parties were advised of their right to file written objections thereto. The court has received no objections to the magistrate judge's report and recommendation, and the time for filing same has expired. The court does hereby adopt and approve in full the findings and recommendations set forth in the Report and Recommendation of the United States Magistrate Judge filed July 29, 2014.

Accordingly, it is **ORDERED** that the plaintiff's complaint be **DISMISSED**, pursuant to Federal Rule of Civil Procedure 41(b), for failure to prosecute and failure to comply with a court Order.

Plaintiff is advised that it may appeal from this Final Order by forwarding a written notice of appeal to the Clerk of the United States District Court, U.S. Courthouse, 600 Granby Street, Norfolk, Virginia 23510. Said written notice must be received by the Clerk within thirty (30) days from the date of this order.

The Clerk shall forward a copy of this Final Order to the plaintiff.

/s/ *RBS*
Rebecca Beach Smith
Chief
United States District Judge

August 22, 2014